IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RHINA ALVARENGA**,<br><br>                    Plaintiff,<br><br>v.<br><br>**COVERALL OF NORTH AMERICA, d/b/a Coverall Cleaning Concepts and Coverall of Boston, and SUNRISE SENIOR LIVING, INC., d/b/a and Sunrise of Arlington**,<br><br>                    Defendants. | Case No. 05-11819 JLT |

### RULE 7.1(A) STATEMENT OF COVERALL NORTH AMERICA, INC.

Coverall North America, Inc. ("Coverall") has no parent corporation, and no publicly held corporation owns 10% or more of Coverall's stock.

**COVERALL NORTH AMERICA, INC.**,

By its attorneys,

/s/ Michael D. Vhay
Michael D. Vhay (BBO #566444)
Traci S. Feit (BBO# 660688)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  September 30, 2005

~BOST1:392799.v1