UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rhina Alvarenga,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Coverall of North America d/b/a Coverall Cleaning Concepts and Coverall of Boston, Sunrise Senior Living, Inc. d/b/a Sunrise of Arlington,<br>　　　　　　Defendants. | Civil Action No. 05-11819-JLT |

### NOTICE OF APPEARANCE

Please enter the appearance of Melissa C. Allison of Palmer & Dodge LLP on behalf of the plaintiff Rhina Alvarenga. Jennifer L. Huggins of Greater Boston Legal Services will continue to represent the plaintiff.

　　　　　　　　　　　　　　　　　　　　RHINA ALVARENGA
　　　　　　　　　　　　　　　　　　　　By her attorneys,


　　　　　　　　　　　　　　　　　　　　/s/  Melissa C. Allison
　　　　　　　　　　　　　　　　　　　　Jennifer L. Huggins (BBO #642252)
　　　　　　　　　　　　　　　　　　　　Greater Boston Legal Services
　　　　　　　　　　　　　　　　　　　　197 Friend Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　　　617.603.1810

　　　　　　　　　　　　　　　　　　　　Daryl J. Lapp (BBO #554980)
　　　　　　　　　　　　　　　　　　　　Melissa C. Allison (BBO #657470)
　　　　　　　　　　　　　　　　　　　　PALMER & DODGE LLP
　　　　　　　　　　　　　　　　　　　　111 Huntington Avenue at Prudential Center
　　　　　　　　　　　　　　　　　　　　Boston, MA  02199-7613
　　　　　　　　　　　　　　　　　　　　617.239.0100

Dated: October 7, 2005

2

2