UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rhina Alvarenga,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Coverall of North America d/b/a Coverall Cleaning Concepts and Coverall of Boston, Sunrise Senior Living, Inc. d/b/a Sunrise of Arlington,<br>　　　　　　Defendants. | Civil Action No. 05-11819-JLT |

**PLAINTIFF RHINA ALVARENGA'S MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1447(c), Plaintiff Rhina Alvarenga hereby moves to remand this action to the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts, Middlesex Superior Court. Defendant Sunrise Senior Living, Inc. ("Sunrise") filed its Notice of Removal on September 7, 2005. Removal was improper for two reasons. First, the Court does not have subject matter jurisdiction over this action. The Amended Complaint, filed before Sunrise's Notice of Removal, asserts no federal claim. Second, defendant Coverall of North America did not join in the Notice of Removal and has not assented to removal as required by 28 U.S.C. § 1446(b). For these reasons, addressed more thoroughly in the accompanying memorandum of law, Rhina Alvarenga respectfully requests that the Court remand this action.

**Local Rule 7.1 Certification**

Counsel for Rhina Alvarenga certifies that the undersigned conferred with counsel for the defendants, but the parties were unable to narrow or resolve the issues presented in this motion.

2

          RHINA ALVARENGA
          By her attorneys,


          /s/  Melissa C. Allison
          Jennifer L. Huggins (BBO #642252)
          Greater Boston Legal Services
          197 Friend Street
          Boston, MA 02114
          617.603.1810

          Daryl J. Lapp (BBO #554980)
          Melissa C. Allison (BBO #657470)
          PALMER & DODGE LLP
          111 Huntington Avenue at Prudential Center
          Boston, MA  02199-7613
          617.239.0100

Dated: October 7, 2005