IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHINA ALVARENGA,<br><br>    Plaintiff,<br><br>v.<br><br>COVERALL OF NORTH AMERICA, d/b/a Coverall Cleaning Concepts and Coverall of Boston, and SUNRISE SENIOR LIVING, INC., d/b/a and Sunrise of Arlington,<br><br>    Defendants. | Case No. 05-11819 JLT |

### NOTICE OF FIRM CHANGE OF ADDRESS

Pursuant to Local Rule 83.5.2, please enter the following change of firm address on the docket of this action. Effective February 20, 2006, the firm address of counsel for defendant Coverall North America, Inc. shall be:

Michael D. Vhay, Esq. (BBO #566444)
Traci S. Feit, Esq. (BBO #660688)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street
26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

    COVERALL NORTH AMERICA, INC.
    By its attorneys,

    /s/ Traci S. Feit
    Michael D. Vhay (BBO #566444)
    Traci S. Feit (BBO #660688)
    DLA PIPER RUDNICK GRAY CARY US LLP
    One International Place, 21st Floor
    Boston, MA 02110
    617.406.6000

Dated: February 17, 2006

~BOST1:408236.v1